IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5001 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants | ) | |

This matter is before the court on the defendants State of Nebraska, Nebraska State Patrol and Dennis Griffiths' Motion to Stay (Filing No. 21). These defendants seek a stay of discovery until thirty days after resolution of their Motion to Dismiss (Filing No. 19). The moving defendants state their motion alleges this court lacks jurisdiction due to immunities available to the State defendants. The court notes other defendants have also filed motions to dismiss. **See** Filing Nos. 15-17. No other party filed any objection to the stay. Since discovery is generally not allowed until after the parties have conferred as required by Federal Rule of Civil Procedure 26(f) for purposes of filing a joint planning report with the court, the court must only extend the deadline for conducting and reporting such conference. **See** Fed. R. Civ. P. 26(d). Upon consideration,

**IT IS ORDERED:**

1. The defendants State of Nebraska, Nebraska State Patrol and Dennis Griffiths' Motion to Stay (Filing No. 21) is granted.

2. The parties shall have **thirty (30) days** from the date an order is filed on the currently pending motions to dismiss (Filing Nos. 15-17, 19), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 31st day of March, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge