IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5001 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants | ) | |

This matter is before the Court on the plaintiff's Motion to Amend Complaint (Filing No. 27). The plaintiff attached a copy of the proposed complaint to the motion and it was filed as a separate document. **See** Filing No. 29. The plaintiff is allowed to make the amendment as a matter of course. **See** Fed. R. Civ. P. 15(a).[1]  Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Amend Complaint (Filing No. 27) is granted.
2. The plaintiff's Amended Complaint is considered filed *instanter*.

DATED this 5th day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] Leave of court is not required for plaintiff to file an amended complaint. Rule 15 (a) provides that "(a) party may amend his pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). "A motion to dismiss is not a 'responsive pleading' for purposes of this rule." **See Winfrey v. Brewer**, 570 F.2d 761, 764 n.4 (8th Cir. 1978); **see Stein v. Royal Bank of Canada**, 239 F.3d 389, 392 (1st Cir. 2001); **see also** Fed. R. Civ. P. 7(a).