IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT FLETCHER, | Case Number: 7:06CV5001 |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| STATE OF NEBRASKA, et al, | |
| Defendants. | |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties. Accordingly,

IT IS ORDERED that this case is reassigned to Senior Judge Warren K. Urbom for disposition and remains assigned to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 24th day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court