IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT FLETCHER, | ) | 7:06CV5001 |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
|  | ) | **AND ORDER** |
| DENNIS GRIFFITHS, in his individual capacity, | ) | |
| Defendant. | ) | |

This matter is before the court upon the "Motion for Protective Order and to Quash Subpoena" filed by former defendant Eric Scott (filing 58), and the plaintiff's opposition to that motion (filing 62), and upon the "Motion for Protective Order and to Quash Subpoena" filed by the sole remaining defendant, Dennis Griffiths, in his individual capacity (filing 60), and the plaintiff's opposition to that motion (filing 61). Upon consideration of the motions,

IT IS ORDERED THAT:

1. The motion in filing 58 is granted, and the plaintiff is prohibited from taking the deposition of Eric Scott in this case. To the extent it is a motion, filing 62 is denied.

2. The motion in filing 60 is granted. The Plaintiff is permitted to take the deposition of Dennis Griffiths on the sole issue of whether the video tape of the traffic stop has been altered. Except for the video tape itself or any iterations of it, the document subpoena is quashed. To the extent it is a motion, filing 61 is denied.

3. The Clerk of the court is directed to mail a copy of this order to the plaintiff at his last-known address.

July 20, 2007

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge